**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 466 WAL 2018
                                       :

                 Respondent           :

                                         :    Petition for Allowance of Appeal from
                                         :    the Order of the Superior Court

                 v.                          :

                                         :

CURTIS MAHAFFEY,                   :

                                         :

                 Petitioner            :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 22nd day of May, 2019, the Petition to Amend Allowance of Appeal and the Petition for Allowance of Appeal are **DENIED**.